**550**

1982), except for the determination of lack of jurisdiction. As a result the findings of fact made by the trial court do not bind the parties on the merits. *State ex Inf. Voights ex rel. Mayor of Liberty v. City of Pleasant Valley*, 453 S.W.2d 700, 704 (Mo. App.1970).

 In view of our holding in this case we need not address respondent's argument urging that we dismiss the appeal. Respondent questions the adequacy of appellant's statement of facts, contends that the appeal is frivolous and requests an assessment of damages. The facts necessary to this appeal are discernible in appellant's statement of facts. The issue of law, although not original in this jurisdiction, has not previously been decided on similar facts. We find that the appeal was brought in good faith and that it was not frivolous. For these reasons and considering that the litigation was precipitated by the admittedly intentional and wrongful act of the respondent we decline to assess damages.

We affirm.

DOWD, C.J., and CRANDALL, J., concur.

James F. Malone, St. Louis, for petitioner-appellant.

William R. Gartenberg, Clayton, for respondent.

KAROHL, Presiding Judge.

Cross-appeals in dissolution of marriage case.

On appeal, the wife alleges error in granting custody of daughter to husband; husband contests award of attorney's fees to wife's attorney.

After a full and careful review of the entire record we find the decree to be supported by substantial evidence on the issues raised by both appeals. Further, the decree does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo.banc 1976).

An opinion reciting the facts and restating the law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

REINHARD and CRANDALL, JJ., concur.

In re MARRIAGE OF Janet SIESENER and Charles W. Siesener.

Janet SIESENER, Petitioner-Appellant,

v.

Charles W. SIESENER, Respondent.

Nos. 47212, 47213.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 17, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 17, 1984.

STATE of Missouri, Respondent,

v.

Robert MOORE, Appellant.

No. 47360.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 17, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 17, 1984.